UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DeVAUGHN,

        Petitioner,

  v.

UNKNOWN,

        Respondent.

No. 2:16-cv-0631 GGH P

ORDER

      Petitioner, a state prisoner at California Medical Facility, has now filed two letters with the court. No other pleadings have been filed by the petitioner. In order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced.

      By order of April 14, 2016, petitioner was informed of these requirements, and given thirty days to file a petition on the form provided by the court. (ECF No. 3.) Petitioner responded to the order by filing another letter rather than a petition. Although petitioner claims in his latest filing (ECF No. 6) that he needs assistance to prepare a habeas petition, his letter appears to be as focused and articulate as most filings submitted to the court. Petitioner will be

1

given one more opportunity to file a habeas petition on the form provided. Petitioner is directed to read the form and fill it out to the best of his ability. If he has a claim for actual innocence, as his filing appears to indicate, he is advised to explain in his petition why he has such a claim. If petitioner does not file a petition as ordered herein, he is warned that this action will be closed.

Therefore, petitioner's latest letter will also be disregarded. Petitioner is informed once again that if he seeks to overturn a conviction issued in Los Angeles County, which is in the Central District of California, this action will be transferred to that district.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's April 22, 2016 letter (ECF No. 6) is not found to be an operative petition;

2. Petitioner is granted **thirty** days from the date of service of this order to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case; petitioner must file an original and two copies of the petition. Petitioner shall also submit, within **thirty** days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00. Petitioner's failure to comply with this order will result in an order that this matter be closed; and

3. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a prisoner.

Dated: May 19, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076:deva0631.Nopetition(2)