UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DeVAUGHN, | No.  2:16-cv-0631 GGH P |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

      Petitioner, a state prisoner at California Medical Facility, has now filed three letters with the court, and has been given two opportunities to file a habeas petition, but has failed to do so. Most recently, petitioner has filed a letter requesting information about "refiling" a habeas petition with the California Supreme Court.  Petitioner is advised that this court may not give legal advice; however, the court will construe petitioner's letter as a request for extension of time in which to file a habeas petition in this court as petitioner has not yet done so.

      Petitioner is once again advised of the legal requirements to proceed with a habeas petition in federal court.  In order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Rules Governing Section 2254 cases, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a), 1915(a).  The court will not issue any orders granting or denying relief until an action has been properly commenced.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's May 31, 2016 letter (ECF No. 8) is not found to be an operative petition but is construed as a request for extension of time in which to file a habeas petition and is granted;

2. Petitioner is granted **thirty** days from the date of service of this order to file a petition that complies with the requirements of the Rules Governing Section 2254 Cases, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case; petitioner must file an original and two copies of the petition. Petitioner shall also submit, within **thirty** days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $5.00. **No further extensions will be granted. Petitioner's failure to comply with this order will result in an order that this matter be closed**;

3. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a prisoner.

Dated: June 5, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076:deva0631.111